IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02026-BNB
(**The above civil action number must appear on all future papers
 sent to the Court in this action.  Failure to include this number
 may result in a delay in the consideration of your claims.**)

TEDDY LOUIS HOLLIE,

    Plaintiff,

v.

DENVER COUNTY JAIL, and
REGINALD REED,

    Defendants.

---

ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

    Plaintiff, Teddy Louis Hollie, currently is detained at the Denver County Jail in Denver, Colorado.  Mr. Hollie initiated this action by filing *pro se* a Prisoner Complaint. As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the document is deficient as described in this order.  Mr. Hollie will be directed to cure the following if he wishes to pursue his claims.  Any papers that Mr. Hollie files in response to this order must include the civil action number noted above in the caption of this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   X   is not submitted
(2)   __   is missing affidavit
(3)   X   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   __   is missing certificate showing current balance in prison account
(5)   __   is missing required financial information
(6)   __   is missing an original signature by the prisoner

(7)  __   is not on proper form
(8)  __   names in caption do not match names in caption of complaint, petition or habeas application
(9)  __   An original and a copy have not been received by the Court. Only an original has been received.
(10) _X_  other:  <u>Plaintiff may pay $400.00 (the $350.00 filing fee plus a $50.00 administrative fee) in lieu of filing a § 1915 Motion and Affidavit and a certified copy of his six months' trust fund statement.</u>

**Complaint, Petition or Application**:
(11) __   is not submitted
(12) __   is not on proper form
(13) __   is missing an original signature by the prisoner
(14) __   is missing page no. __
(15) __   uses et al. instead of listing all parties in caption
(16) __   An original and a copy have not been received by the Court. Only an original has been received.
(17) __   Sufficient copies to serve each defendant/respondent have not been received by the Court.
(18) __   names in caption do not match names in text
(19) __   other:

Accordingly, it is

ORDERED that Plaintiff, Teddy L. Hollie, cure the designated deficiencies **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain (with the assistance of his case manager or the facility's legal assistant) the Court-approved form for filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies as directed **within thirty days from the date of this order**, the Prisoner Complaint and action may be dismissed without further notice.

2

DATED July 29, 2014, at Denver, Colorado.

                                              BY THE COURT:

                                              s/ Boyd N. Boland
                                              United States Magistrate Judge