IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02026-BNB

TEDDY LOUIS HOLLIE,

    Plaintiff,

v.

DENVER COUNTY JAIL, and
REGINALD REED,

    Defendants.

ORDER

    This matter is before the Court on three letters (ECF Nos. 4, 5, and 6) and an inmate trust fund account statement that Plaintiff, Teddy Louis Hollie, has submitted to the Court on August 6, 11, and 12, 2014. In the letters, Mr. Hollie states that he is attempting to sue the Denver County Jail and that Reginald Reed is "just a plaintiff with me." Mr. Hollie also asks the Court to appoint counsel to represent him. Finally, Mr. Hollie submitted a certified copy of his account statement in response to the Court's July 29, 2014 order directing Mr. Hollie to cure deficiencies by filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a certified copy of his trust fund statement.

    Mr. Hollie may not include requests for court orders in letters to the Court because any request for a court order must comply with Rule 7 of the Federal Rules of Civil Procedure. Pursuant to Rule 7(b)(1), "[a] request for a court order must be made by motion." Furthermore, "[t]he rules governing captions and other matters of form in

pleadings apply to motions and other papers." Fed. R. Civ. P. 7(b)(2).  The Court will not consider any requests for court orders that Mr. Hollie may make in the future that do not comply with Rule 7.

In addition, Mr. Hollie has not complied with the order directing Mr. Hollie to cure deficiencies with respect to his prisoner trust fund account statement.  In the order to cure, the Court required Mr. Hollie to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 using the court-approved form.  Mr. Hollie, however, submitted a certified copy of his account statement but not the § 1915 form.  Therefore, the Court directs Mr. Hollie to obtain (with the assistance of his case manager or the facility's legal assistant) the Court-approved form for filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, along with the applicable instructions, at www.cod.uscourts.gov and to use that form in filing his completed § 1915 motion.

Accordingly, it is

ORDERED that Mr. Hollie file, **within thirty (30) days from the date of this order**, a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 as previously directed.  Mr. Hollie shall obtain the court-approved form (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that Mr. Hollie's request for appointment of counsel is denied as premature.  It is

FURTHER ORDERED that if Mr. Hollie fails to cure the designated deficiencies as directed within thirty days from the date of this order, the Prisoner Complaint and

action will be dismissed without further notice.

DATED August 18, 2014, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge