**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02026-BNB

TEDDY LOUIS HOLLIE,

    Plaintiff,

v.

DENVER COUNTY JAIL, and
REGINALD REED,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Mr. Hollie's request for appointment of counsel (ECF No. 14) is DENIED as premature. Furthermore, Mr. Hollie is advised not to include requests for court orders in letters to the court because any request for a court order must comply with Rule 7 of the Federal Rules of Civil Procedure. Pursuant to Rule 7(b)(1), "[a] request for a court order must be made by motion." Furthermore, "[t]he rules governing captions and other matters of form in pleadings apply to motions and other papers." Fed. R. Civ. P. 7(b)(2). Moreover, Mr. Hollie is advised that he may make the necessary corrections to the named Defendants in the amended prisoner complaint he has been directed to file. Therefore, Mr. Hollie's motion to dismiss (ECF No. 15) and motion to amend (ECF No. 16) are DENIED.

    Mr. Hollie is reminded that he has until October 6, 2014 to file his amended prisoner complaint as directed in the Court's September 4, 2014 Order Directing Plaintiff to File Amended Complaint (ECF No. 12).

Dated: September 25, 2014