IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02026-BNB

TEDDY LOUIS HOLLIE,

    Plaintiff,

v.

DENVER COUNTY JAIL, and
REGINALD REED,

    Defendants.

ORDER OF DISMISSAL

    Plaintiff, Teddy Louis Hollie, was detained at the Denver County Jail when he initiated this action on July 22, 2014, by submitting *pro se* a Prisoner Complaint pursuant to 28 U.S.C. § 1343 and 42 U.S.C. § 1983. He seeks monetary relief.

    On September 4, 2014, Magistrate Judge Boyd N. Boland reviewed Mr. Hollie's Prisoner Complaint and determined that it was deficient. Magistrate Judge Boland advised Mr. Hollie that he needed to file an amended complaint that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. Magistrate Judge Boland also instructed Mr. Hollie to allege the personal participation of each named Defendant. Magistrate Judge Boland finally informed Mr. Hollie that he may not sue the Denver County Jail because it is not a separate entity from the Denver City and County and, therefore, is not a person under 42 U.S.C. § 1983. Accordingly, Magistrate Judge Boland directed Mr. Hollie to file an amended Prisoner Complaint. Magistrate Judge Boland warned Mr. Hollie in the September 4 Order that failure to file an

amended complaint may result in dismissal of this action without further notice.

On September 18 and 23, 2014, Mr. Hollie submitted several documents including a letter (ECF No. 13), a motion for appointment of counsel (ECF No. 14), a motion to dismiss (ECF No. 15), and a motion to amend (ECF No. 16).  On September 25, 2014, Magistrate Judge Boland entered a minute order denying these requests and reminding Mr. Hollie that he has until October 6, 2014, to file his amended prisoner complaint as directed in the September 4 Order.

On October 6, 2014, the copy of the Minute Order (ECF No. 17) that was sent to Mr. Hollie was returned to the Court as undeliverable.  (*See* ECF No. 18).

Mr. Hollie has now failed to file an amended prisoner complaint in compliance with the September 4 Order.  Further, he has not filed a notice of change of address with the Court as required by D.C.COLO.LCivR 11.1(d).   Accordingly, it is

ORDERED that this action is DISMISSED without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Teddy Louis Hollie, to comply with the September 4, 2014 Order Directing Plaintiff to File Amended Complaint and for failure to prosecute.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied for the purpose of appeal.  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Mr. Hollie files a notice of appeal

he must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

DATED at Denver, Colorado, this   16th   day of      October      , 2014.

BY THE COURT:


　　s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court